**Opinion issued December 2, 2021**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-21-00594-CR

_____

### IN RE TRUMAN DERELL CHAMPION, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Truman Derell Champion, acting pro se, has filed a petition for writ of

mandamus asserting that he is entitled to an examining trial and complaining of his

pre-trial detention.[1] Among other things, the petition does not comply with the

---

[1]     The underlying case is *The State of Texas v. Truman Derell Champion*, cause
        number 21-CR-1731, pending in the 10th District Court of Galveston County,
        Texas, the Honorable Kerry L. Neves presiding.

requirements enumerated in the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 52.3(a)–(h), (j)–(k); TEX. R. APP. P. 52.7. Accordingly, we deny the petition.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Kelly and Landau.

Do not publish. TEX. R. APP. P. 47.2(b).